UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 6:25-33-GAP-LHP
18 U.S.C. § 796
(Use of Aircraft for the Unlawful
Photographing of Defense Installation
Without Authorization)

XIAO GUANG PAN

## INFORMATION

At all times material to this Information:

### COUNT ONE
(Use of Aircraft for the Unlawful Photographing of
Defense Installation Without Authorization)

On or about January 5, 2025, in the Middle District of Florida, the defendant,

XIAO GUANG PAN,

used an unmanned aircraft to knowingly photograph vital military installations and equipment which were classified, designated, and marked under the authority and at the direction of the President, the Secretary of Defense, and the Secretary of the Air Force as restricted, and which were located within any military reservation, post, arsenal, proving ground range, base, station, and district, and within any commercial establishment engaged in the development and manufacture of classified military and naval arms, munitions equipment, designs, ships, aircraft, and vessels for the United States Army, Navy, and Air Force, pursuant to Executive Order No. 10104, without first obtaining permission of the commanding officer, to wit: a photo image file

entitled "DJI_20250105144336_0534_D" depicting a Space Launch Complex operated by Defense Contractor-1 and a payload processing facility operated by Defense Contractor-2, located within Canaveral Space Force Station and within facilities operated by Defense Contractor-1 and Defense Contractor-2, United States Department of Defense Cleared Defense Contractors.

In violation of 18 U.S.C. § 796.

## COUNT TWO
### (Use of Aircraft for the Unlawful Photographing of Defense Installation Without Authorization)

On or about January 6, 2025, in the Middle District of Florida, the defendant,

XIAO GUANG PAN,

used an unmanned aircraft to knowingly photograph vital military installations and equipment which were classified, designated, and marked under the authority and at the direction of the President, the Secretary of Defense, and the Secretary of the Air Force as restricted, and which were located within any military reservation, post, arsenal, proving ground range, base, station, and district, and within any commercial establishment engaged in the development and manufacture of classified military and naval arms, munitions equipment, designs, ships, aircraft, and vessels for the United States Army, Navy, and Air Force, pursuant to Executive Order No. 10104, without first obtaining permission of the commanding officer, to wit: a photo image file entitled "DJI_20250106063150_0895_D" depicting a Space Launch Complex operated by Defense Contractor-1 and a payload processing facility operated by Defense Contractor-2, located within Canaveral Space Force Station and within

facilities operated by Defense Contractor-1 and Defense Contractor-2, United States Department of Defense Cleared Defense Contractors.

In violation of 18 U.S.C. § 796.

## COUNT THREE
### (Use of Aircraft for the Unlawful Photographing of Defense Installation Without Authorization)

On or about January 7, 2025, in the Middle District of Florida, the defendant,

XIAO GUANG PAN,

used an unmanned aircraft to knowingly photograph vital military installations and equipment which were classified, designated, and marked under the authority and at the direction of the President, the Secretary of Defense, and the Secretary of the Air Force as restricted, and which were located within any military reservation, post, arsenal, proving ground range, base, station, and district, and within any commercial establishment engaged in the development and manufacture of classified military and naval arms, munitions equipment, designs, ships, aircraft, and vessels for the United States Army, Navy, and Air Force, pursuant to Executive Order No. 10104, without first obtaining permission of the commanding officer, to wit: a photo image file entitled "DJI_20250107061950_0118_D" depicting a Space Launch Complex operated by Defense Contractor-3 and a submarine wharf and munitions bunkers located within Canaveral Space Force Station and within facilities operated by

Defense Contractor-3, a United States Department of Defense Cleared Defense Contractor.

In violation of 18 U.S.C. § 796.

        ROGER B. HANDBERG
        United States Attorney

By: *[signature]*
        Richard Varadan
        Assistant United States Attorney

By: *[signature]*
        Daniel J. Marcet
        Assistant United States Attorney
        Chief, National Security Division